**Order entered November 17, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01109-CV

**MICHAEL C. WYNNE, JOHN HUNTER SMITH, AND M&S WYNNE FAMILY LIMITED PARTNERSHIP, Appellants**

**V.**

**SCOTT PELLEY, INDIVIDUALLY, SCOTT PELLEY, P.C., A TEXAS PROFESSIONAL CORPORATION, AND THE PELLEY FAMILY LIMITED PARTNERSHIP, Appellees**

**On Appeal from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. CV-11-1026**

## ORDER

In light of the trial court's October 7, 2015 final judgment, we **DENY** appellees' November 5, 2015 motion to dismiss appeal for want of jurisdiction.

/s/ CRAIG STODDART
   JUSTICE